

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Rare Endowment, LLC, Appellant

No. 06-17-00106-CV     v.

Green Tree Servicing, LLC, Trailer Divas, LLC, Moreno's Mobile Home Transport, LLC, Texas Finest Manufactured Housing, Inc., Justin Davis Lynn and Stayci Bradford, Appellees

Appeal from the 40th District Court of Ellis County, Texas (Tr. Ct. No. 79874). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED OCTOBER 30, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk